■ In the Matter of REGINA M. THREET, Appellant, v MARK S. THREET, Respondent. (Appeal No. 2.) [913 NYS2d 118]—Appeal from an order of the Family Court, Erie County (Rosalie Bailey, J.), entered October 26, 2009 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for a modification of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.

■ CHARLES GEORGE et al., Appellants, v HEALTHNOW NEW YORK INC., Doing Business as BLUE CROSS & BLUE SHIELD OF WESTERN NEW YORK and/or BLUE CROSS BLUE SHIELD OF WESTERN NEW YORK and COMMUNITY BLUE, Respondent. [913 NYS2d 630]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (John M. Curran, J.), entered September 11, 2009. The order and judgment granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.